# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PAUL KINSEY, JR.**                                            **PLAINTIFF**
**#223447**

v.                   **CASE NO. 4:19-CV-00656 BSM**

**JOHN STALEY,** *et al.*                                        **DEFENDANTS**

## ORDER

Paul Kinsey, Jr. has not complied with the September 24, 2019 order [Doc. No. 3] directing him to return a completed *in forma pauperis* application and filing fee, and the time to do so has expired. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 9th day of July, 2020.

                                                             /s/ Brian S. Miller
                                                        **UNITED STATES DISTRICT JUDGE**