IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL KINSEY, JR.**                                                    **PLAINTIFF**
**#223447**

v.                       **CASE NO. 4:19-CV-00656 BSM**

**JOHN STALEY,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of July, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE